IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CENVEO CORPORATION ) | |
| ) | |
| v.  ) | No. 3-06-1023 |
| ) | |
| LAWRENCE C. TANT; DONNA L. ) | |
| TANT; and INTERNATIONAL ) | |
| CASSETTE CORPORATION d/b/a ICC ) | |
| and International Cassette and its ) | |
| successors[1] ) | |

O R D E R

By order entered February 20, 2008 (Docket Entry No. 97), the parties were directed to file a joint statement by March 3, 2008, indicating that the plaintiff has complied with the February 20, 2008, order and whether or not there remain any issues relating to the documents at issue.

On March 3, 2008, the parties filed a joint statement (Docket Entry No. 101), that Mr. Bird had submitted a declaration in compliance with the February 20, 2008, order, but the defendants believe that "there are issues remaining with respect to the documents at issue." The parties represented that they will continue to discuss the matter with each other and file a joint statement that the issues are resolved or "submitting those remaining issues to the Court."

Without reviewing Mr. Bird's declaration, the Court is somewhat mystified about what issues could be remaining.

However, the parties shall have until March 10, 2008, to file another joint statement indicating that these issues are resolved or outlining with specificity what disputes remain. If any issues remain disputed, counsel shall either simultaneously with the filing of the joint statement or prior thereto, schedule a telephone conference call with the Court. The pretrial conference is scheduled on March 31, 2008, and any remaining issues need to be resolved before then.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] All proceedings against defendant International Cassette Corporation d/b/a ICC and International Cassette are stayed pursuant to the orders entered February 20, 2007, and March 16, 2007 (Docket Entry Nos. 33 and 36).